1  E. MARTIN ESTRADA
   United States Attorney
2  CAMERON L. SCHROEDER
   Assistant United States Attorney
3  Chief, Criminal Division
   NISHA CHANDRAN (Cal. Bar No. 325345)
4  Assistant United States Attorney
   Cyber and Intellectual Property Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2429
7       Facsimile: (213) 894-0141
        E-mail:   nisha.chandran@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

3/1/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VV _____ DEPUTY

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      CR  2:24-cr-00131-JWH

13          Plaintiff,            GOVERNMENT'S *EX PARTE* APPLICATION
                                  FOR ORDER SEALING INDICTMENT AND
14          v.                    RELATED DOCUMENTS; DECLARATION OF
                                  NISHA CHANDRAN
15  CHARLES AGHOIAN,
      aka "HarryRayno,"           **(UNDER SEAL)**
16    aka "jackoffjackoff,"
      aka "jackoffhart,"
17
            Defendant.
18

19      The government hereby applies ex parte for an order that the

20  indictment and any related documents in the above-titled case (except

21  the arrest warrants for the charged defendants(s)) be kept under seal

22  until the government files a "Report Commencing Criminal Action" in

23  this matter.

24  //

25  //

26  //

27  //

28  //

This __ex parte__ application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of NISHA CHANDRAN.

Dated: March 1, 2024                    Respectfully submitted,

                                        E. MARTIN ESTRADA
                                        United States Attorney

                                        CAMERON L. SCHROEDER
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                        /s/
                                        _____
                                        NISHA CHANDRAN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

### DECLARATION OF NISHA CHANDRAN

I, NISHA CHANDRAN, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of United States v. CHARLES AGHOIAN, the indictment in which is being presented to a federal grand jury in the Central District of California on March 1, 2024.

2.   Defendant AGHOIAN has not been taken into custody on the charge(s) contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on March 1, 2024.  The likelihood of apprehending defendant AGHOIAN might jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3.   Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 1, 2024.

_____
NISHA CHANDRAN

1